1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant BOZARTH
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-12-0867 LB
                                      )
12 |              Plaintiff,          )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO VACATE BRIEFING
13 | v.                               )   SCHEDULE & SCHEDULE CHANGE OF
                                      )   PLEA HEARING
14 | REX BOZARTH,                     )
                                      )
15 |              Defendant.          )
   |_____   )
16

1     At the last appearance in the above-captioned matter, the parties set a briefing schedule

2 on defendant Rex Bozarth's motion to suppress. Since then, the parties have reached a

3 resolution of the case. Accordingly, the parties jointly request that the briefing schedule be

4 vacated and the matter be set for change of plea hearing on July 25, 2013, the date previously

5 scheduled for hearing on the motion.

6     IT IS SO STIPULATED.

8  6/12/2013                                          /s/
  DATED                                            MARC PRICE WOLF
9                                                          Special Assistant United States Attorney

11  6/12/2013                                          /s/
  DATED                                            JODI LINKER
12                                                          Assistant Federal Public Defender

15     IT IS SO ORDERED.

16  June 17, 2013
17   DATED                                              LAUREL BEELER
                                                         United States Magistrate Judge

26 Stipulation & [Proposed] Order to Vacate Briefing
Schedule and Schedule Change of Plea Hearing;
*US v. Bozarth*, Case No. 12-0867 LB          2